Date of Arrest: 05/25

# United States District Court

## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Jose Marcelino ORTIZ<br>AKA: None Known<br>205915366<br>YOB: 1986<br>Citizen of: Mexico<br>Defendant | Magistrate Case No. 22-1837MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a) Re-Entry After Removal |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about May 25, 2022, Defendant Jose Marcelino ORTIZ, an alien, was found in the United States at or near Dateland, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Nogales, Arizona on or about May 01, 2020. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Reviewed by AUSA John Ballos*
*JWL for JAB*

_Jared Lasley_
Signature of Complainant

Jared Lasley
Border Patrol Agent

Sworn to before me and subscribed telephonically,

May 26, 2022     at     Yuma, Arizona
Date                            City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

UNITED STATES OF AMERICA,

    Vs.

Jose Marcelino ORTIZ
AKA: None Known
205915366

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about May 25, 2022, near Dateland, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Lukeville, Arizona on or about April 25, 2013. The Defendant has been removed on two previous occasions. The Defendant was most recently removed on or about May 01, 2020, through the port of Nogales, Arizona.

Agents determined that on or about May 22, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA's Richard Hiller, George Sosa, and Genoveva Soto.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Genoveva Soto.

_Jared Lasley_
Signature of Complainant

Sworn to before me and subscribed telephonically,

    May 26, 2022
Date

Signature of Judicial Officer